UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

AUG 19 2016

PER_____
DEPUTY CLERK

| | |
|---|---|
| ASHLEY BOSSI, : | |
| Plaintiff, : | Civil Action No. 3:14-CV-02301 |
| v. : | |
| BANK OF AMERICA, : | (Judge Kosik) |
| GEORGE GASTON and GEORGE : | |
| HERNANDEZ, : | |
| Defendants. : | |

## ORDER

AND NOW, THIS 19th DAY OF AUGUST, 2016, IT IS HEREBY ORDERED THAT:

(1) Defendants' Motion for Summary Judgment (Doc. 31) is **DENIED**; and

(2) A pre-trial conference will be set forthwith.

Edwin M. Kosik
United States District Judge